**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Nova Constructors, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Noble Constructors, LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-5452671** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **545 Mainstream Drive, #340** <br> **Nashville, TN 37228** <br> Number, Street, City, State & ZIP Code | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)    **www.novaconstructors.com**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    1521

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Nova Constructors, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Daniel Brimer** | Relationship | **Owner** |
| District | **Middle District of Tennessee** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

($1,000,001 - $10 million checkbox is filled/checked)

| Debtor | **Nova Constructors, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2025**
MM / DD / YYYY

**X** **/s/ Daniel Brimer**             **Daniel Brimer**
Signature of authorized representative of debtor      Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ R. Alex Payne**         Date **January 30, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone   **629 777 6529**     Email address   **alex@dhnashville.com**

**031387 TN**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2025**     *X* **/s/ Daniel Brimer**
                                         Signature of individual signing on behalf of debtor

                                         **Daniel Brimer**
                                         Printed name

                                         **Owner**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Nova Constructors, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 84 Lumber Company PO Box 365 Eighty Four, PA 15330 | | | | | | $22,082.33 |
| A-1 Equipment Rental, Inc. 335 East Morris Blvd. Morristown, TN 37813 | | | | | | $22,956.79 |
| Barbre's AC & Heating, LLC PO Box 1026 Nolensville, TN 37135 | | | | | | $27,000.00 |
| Brothers Construction 4808 Seminary Road Blountville, TN 37617 | | | | | | $24,500.00 |
| Custom Trim & Cabinets, LLC 9047 Middle Lick Creek Rd Lyles, TN 37098 | | | | | | $64,855.00 |
| Gullett, Sanford, Robinson & Martin PLLC 150 Third Avenue South Suite 1700 Nashville, TN 37201 | | | | | | $35,000.00 |
| Huskey Truss PO Box 682023 Franklin, TN 37068 | | | | | | $61,234.49 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | **2024 941s** | | | | **$177,116.00** |
| **LoanBuilder c/o WebBank PO Box 757 Portsmouth, NH 03802** | | | | | | **$132,868.60** |
| **Magic Painting, LLC 5063 Mountain Springs Road Antioch, TN 37013** | | | | | | **$28,414.28** |
| **Magic Touch Building, LLC 2101 Debbie Lane La Vergne, TN 37086** | | | | | | **$36,390.00** |
| **MB&R Contractors, Inc. 4977 Buell Chapel Road Morristown, TN 37813** | | | | | | **$21,700.00** |
| **Morgan Inc. PO Box 746 Nashville, TN 37216** | | | | | | **$99,581.00** |
| **Nashville Roofing Company, LLC 201 Myatt Drive Madison, TN 37115** | | | | | | **$55,000.00** |
| **Pinnacle Financial Partners 150 Third Avenue South, Suite 900 Nashville, TN 37201** | | **UCC Doc. No. 439509314 - all accounts receivable.** | | **$936,480.14** | **$0.00** | **$936,480.14** |
| **Ro-Man Electric PO Box 1256 Gallatin, TN 37066** | | | | | | **$36,955.00** |
| **Stower's Rental PO Box 14802 Knoxville, TN 37914** | | | | | | **$26,672.41** |
| **The Oakley Lumber Company, LLC 707 42nd Ave N Nashville, TN 37209** | | | | **$26,185.58** | **$0.00** | **$26,185.58** |
| **Trinity Geothermal PO Box 1937 Mount Juliet, TN 37121** | | | | | | **$26,750.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration 2 International Plaza Nashville, TN 37217** | | **UCC Doc. No. 432549212 - blanket lien** | | **$501,058.94** | **$0.00** | **$501,058.94** |

Debtor name **Nova Constructors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................    $    **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................    $    **917,066.60**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................    $    **917,066.60**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,463,724.66**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    **177,116.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,134,370.34**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b      $    **2,775,211.00**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pinnacle Bank** | **Checking** | **6296** | $0.00 |
| 3.2. | **Pinacle Bank** | **Checking** | **8280** | $0.00 |
| 3.3. | **Regions Bank** | **Checking** | **3662** | $500.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**         **$500.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Security deposit on building lease, paid to Magic Apple Technology, LLC** _____  $500.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    $500.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:              **105,879.10**  -        **8,277.04**  = ....        $97,602.06
                                         face amount             doubtful or uncollectible accounts

        11b. Over 90 days old:                 **196,885.06**  -       **83,362.52**  =....         $113,522.54
                                         face amount             doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                    $211,124.60
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.     **Office furniture**

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**
**5 computers**                                    $0.00                              $4,500.00

42.     **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                          $4,500.00
Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 GMC Sierra 3500HD (VIN: 1GT49WEY5PF145339)** | $0.00 | | $62,480.00 |
| 47.2.  **2021 Ford F-350 Chassis (VIN: 1FD8X3HT4MED02927)** | $0.00 | | $45,822.00 |
| 47.3.  **2020 Chevrolet Silverado 2500HD (VIN: 1GC5WLE79LF215051)** | $0.00 | | $21,030.00 |
| 47.4.  **2021 Chevrolet Tahoe (VIN: 1GNSKPKD0MR345923)** | $0.00 | | $42,900.00 |
| 47.5.  **2017 RAM 1500 (VIN: 1C6RR7FG4HS699621)** | $0.00 | | $9,480.00 |
| 47.6.  **2020 Chevrolet Silverado 1500 (VIN: 1GCRWAEH6LZ210645)** | $0.00 | | $19,050.00 |

| | | |
|---|---|---|
| 47.7. **2021 RAM 1500 Classic (VIN: 1C6RR7FTXMS536835)** | $0.00 | $16,660.00 |
| 47.8. **2023 Chevrolet Silverado 1500 (VIN: 3GCPAAEK7PG101182)** | $0.00 | $18,860.00 |
| 47.9. **2020 GMC Canyon (VIN: 1GTH5BEAXL1129816)** | $0.00 | $15,490.00 |
| 47.10. **2021 Chevrolet Silverado 1500 (VIN: 1GCRWCEK8MZ248533)** | $0.00 | $14,670.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Bobcat Mini Excavator - Hydraulic E88 (S/N: B4NM12287)** | $0.00 | $84,000.00 |
| **Compact Track Loader T770 (S/N: AT6327149)** | $0.00 | $59,000.00 |
| **Canon Wide Format 305 MFP Z36 BAKS09047** | $0.00 | $2,000.00 |
| **Bobcat Mini Excavator - Compact E35 T4 (S/N: B3WZ14897)** | $0.00 | $35,000.00 |
| **Bobcat Mini Excavator - Compact E42 T4 (S/N: B4GM19473)** | $0.00 | $62,000.00 |
| **Bobcat R Series T66 (S/N: B4SB36823)** | $0.00 | $60,000.00 |
| **MT100 Mini Track Loader** | $0.00 | $26,000.00 |
| **Bobcat T870 Compact Track Loader (S/N: B47C19047)** | $0.00 | $78,000.00 |
| **Bobcat NB180 Nitrogen Breaker (S/N: B4T800222); PNC has recorded a UCC against this property that should be released - UCC Doc. No. 435868393.** | $0.00 | $3,000.00 |
| **Trailer (S/N: 4P5LD302XM1355459)** | $0.00 | $15,000.00 |
| **Trailer** | $0.00 | $10,000.00 |

| 51. | **Total of Part 8.** | | | | **$700,442.00** |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leased office space located at 545 Mainstream Drive, Suite 340, Nashville, TN 37228** | | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | | | | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

**See attached list** _____   $0.00   _____          **$0.00**

---

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**          | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                **Current value of
                                                                debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Pending insurance claim for stolen property (dump
      trailer)**                                                 **Unknown**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**          | **$0.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Nova Constructors, LLC**          Case number *(If known)* _____
        Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $211,124.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $700,442.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $917,066.60 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $917,066.60 |

Domains ∨

Portfolio

DNS

Transfers

Services ∨

Tools ∨

Settings ∨

1-24 of 24 domains

| ☑ | Domain Name ↑ | | Expiration ↓ | Auto-renew ↓ | Domain Privacy ↓ | Lock ↓ |
|---|---|---|---|---|---|---|
| ☐ | buildnashvillehighendhomes.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | buildnashvillehomes.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | buildnashvilleluxuryhomes.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | frankinluxuryhomebuilder.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | magictouchbuilding.com | ••• | Jun 28, 2025 | On | On | On |
| ☐ | nashvillehighendhomes.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | nashvilleluxuryhomebuilder.com | ••• | Feb 21, 2026 | On | On | On |
| ☐ | nobleconstructorsllc.com | ••• | Mar 3, 2027 | On | On | On |
| ☐ | novabuildersllc.com | ••• | Jan 11, 2025 | On | On | On |
| ☐ | novaconstructors.com | ••• | Jan 11, 2026 | On | On | On |
| ☐ | novanash.com | ••• | Jan 11, 2026 | On | On | On |
| ☐ | novaremodels.com | ••• | Jan 11, 2025 | On | On | On |
| ☐ | novarenovate.com | ••• | Jan 11, 2025 | On | On | On |
| ☐ | novatennessee.com | ••• | Jan 11, 2025 | On | On | On |
| ☐ | tinyhomegiveaway.com | ••• | Jan 30, 2025 | On | On | On |
| ☐ | villageparksrealty.com | ••• | Jan 30, 2025 | On | On | On |
| ☐ | vitanovabuilds.com | ••• | Jan 11, 2025 | On | On | On |
| ☐ | writenashville.com | ••• | Mar 7, 2025 | On | On | On |
| ☐ | writenashvillesongs.com | ••• | Jan 26, 2025 | On | On | On |

DNS

Transfers

Services ⌄

Tools ⌄

Settings ⌄

Type    Auto-renew    Lock    Domain Privacy    Extensions    Expiration    Nameservers    More

1-24 of 24 domains

| ☑ | Domain Name ↑ | | Expiration | Auto-renew | Domain Privacy | Lock |
|---|---|---|---|---|---|---|
| ☐ | bluechipcabinets.com | ••• | Jan 9, 2025 | On | On | On |
| ☐ | bluechipcustom.com | ••• | Jan 9, 2025 | On | On | On |
| ☐ | bluechipcustoms.com | ••• | Jan 9, 2025 | On | On | On |
| ☐ | blueskybelievers.com | ••• | Jan 9, 2026 | On | On | On |

Debtor name **Nova Constructors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Pinnacle Financial Partners**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**UCC Doc. No. 439509314 - all accounts receivable.** | **$936,480.14** | **$0.00** |

**2.1**  **Pinnacle Financial Partners**
Creditor's Name

**150 Third Avenue South, Suite 900
Nashville, TN 37201**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**UCC Doc. No. 439509314 - all accounts receivable.**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 2745**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$936,480.14**    Column B: **$0.00**

---

**2.2**  **The Oakley Lumber Company, LLC**
Creditor's Name

**707 42nd Ave N
Nashville, TN 37209**
Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$26,185.58**    Column B: **$0.00**

---

| Debtor | **Nova Constructors, LLC** | Case number (if known) |
|--------|----------------------------|------------------------|
|        | Name                       |                        |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $501,058.94 | $0.00 |
|-----|----------------------------------------|-----------------------------------------------------|-------------|-------|

Creditor's Name

**2 International Plaza
Nashville, TN 37217**

Creditor's mailing address

**UCC Doc. No. 432549212 - blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
7408**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,463,724.66 |
|----|------------------------------------------------------------------------------------------------------------|---------------|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|
| **Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703** | Line **2.1** | |
| **Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703** | Line **2.3** | |
| **Crystal R. Cole
PO Box 160760
Nashville, TN 37216** | Line **2.2** | |

Debtor name **Nova Constructors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177,116.00** | **$177,116.00** |
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**2024 941s** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Nova Constructors, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,082.33 |
|---|---|---|---|

**84 Lumber Company**
**PO Box 365**
**Eighty Four, PA 15330**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,956.79 |
|---|---|---|---|

**A-1 Equipment Rental, Inc.**
**335 East Morris Blvd.**
**Morristown, TN 37813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.14 |
|---|---|---|---|

**ABC Supply Co., Inc.**
**PO Box 742067**
**Atlanta, GA 30374**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
|---|---|---|---|

**Associated Masonry Products, Inc.**
**450 Allied Dr.**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Barbre's AC & Heating, LLC**
**PO Box 1026**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,691.00 |
|---|---|---|---|

**Big Mouth LLC**
**1515 A Rosebank Ave**
**Nashville, TN 37206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,500.00 |
|---|---|---|---|

**Brothers Construction**
**4808 Seminary Road**
**Blountville, TN 37617**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nova Constructors, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,503.21 |
|---|---|---|---|

**Care Supply Co.**
**PO Box 23881**
**New York, NY 10087-3881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,196.50 |
|---|---|---|---|

**Centurion Exteriors, LLC**
**c/o John Enkema**
**7201 Cockrill Bend Blvd.**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,169.82 |
|---|---|---|---|

**CenWood Appliance**
**PO Box 654057**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,089.38 |
|---|---|---|---|

**Chase Bank**
**PO Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2639

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,800.00 |
|---|---|---|---|

**Cobb Custom Trim**
**504 Douglas Bend Rd**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,825.34 |
|---|---|---|---|

**Cox Interior**
**1751 Old Columbia Road**
**Campbellsville, KY 42718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,055.00 |
|---|---|---|---|

**Crawford Door Sales of Nashville, Inc.**
**1310 4th Ave S**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,855.00 |

**Custom Trim & Cabinets, LLC**
9047 Middle Lick Creek Rd
Lyles, TN 37098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**E & P Custom Tile, LLC**
131 Rio Vista Dr
Madison, TN 37115

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,597.69 |

**ER Roofing Complete, LLC**
PO Box 2292
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,749.89 |

**Fakes & Hooker Lumber**
150 South Maple St
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,650.00 |

**Fireside Hearth & Home**
PO Box 414845
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Foamworx, Inc.**
901 N Hill Dr
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,542.86 |

**Fuelman**
PO Box 1239
Covington, LA 70434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9368

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,741.82 |
|---|---|---|---|

**Fusion Site**
PO Box 306568
Nashville, TN 37230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**Glenrose Designs, LLC**
10118 David Crockett Hwy W
Belvidere, TN 37306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Gullett, Sanford, Robinson & Martin PLLC**
150 Third Avenue South
Suite 1700
Nashville, TN 37201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,726.76 |
|---|---|---|---|

**H&E Equipment Services**
PO Box 849850
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,242.06 |
|---|---|---|---|

**Home Depot Credit Services**
PO Box 9001010
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5491**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,234.49 |
|---|---|---|---|

**Huskey Truss**
PO Box 682023
Franklin, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,102.70 |
|---|---|---|---|

**Inline Electric Supply Company**
831A Cowan Street
Nashville, TN 37207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,353.84 |

**J&J Services**
**1125 Foster Avenue**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,566.00 |

**JBT Construction**
**2306 Cruzen St**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,190.00 |

**L&T Trucking**
**1105 Clarksville Pike**
**Pleasant View, TN 37146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,921.94 |

**Lee Building Products, Inc.**
**PO Box 440009**
**Nashville, TN 37244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,868.60 |

**LoanBuilder**
**c/o WebBank**
**PO Box 757**
**Portsmouth, NH 03802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9305**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,414.28 |

**Magic Painting, LLC**
**5063 Mountain Springs Road**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,390.00 |

**Magic Touch Building, LLC**
**2101 Debbie Lane**
**La Vergne, TN 37086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,875.00 |
|---|---|---|---|

**Mangrum Heating & Cooling LLC**
**1006 Copperstill Cir**
**Kingston Springs, TN 37082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,700.00 |
|---|---|---|---|

**MB&R Contractors, Inc.**
**4977 Buell Chapel Road**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,581.00 |
|---|---|---|---|

**Morgan Inc.**
**PO Box 746**
**Nashville, TN 37216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**N&S Waterproofing, LLC**
**3696 Stewarts Lane**
**Nashville, TN 37218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,142.10 |
|---|---|---|---|

**Nashville Ready Mix**
**8120 Sawyer Brown, Suite 109**
**Nashville, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**Nashville Roofing Company, LLC**
**201 Myatt Drive**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,550.00 |
|---|---|---|---|

**Pasca Family Flooring**
**105 Lexham Court**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00389   Doc 1   Filed 01/30/25   Entered 01/30/25 11:52:02   Desc Main
Document     Page 29 of 63

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,020.08 |
|---|---|---|---|

**Pinnacle Cardmember Services**
**PO Box 332509**
**Murfreesboro, TN 37133**

Date(s) debt was incurred _

Last 4 digits of account number  **5842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,873.78 |
|---|---|---|---|

**QuickBooks**
**c/o WebBank**
**PO Box 757**
**Portsmouth, NH 03802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36,955.00 |
|---|---|---|---|

**Ro-Man Electric**
**PO Box 1256**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,720.42 |
|---|---|---|---|

**Rogers Group**
**410760 PO Box 4150000**
**Nashville, TN 37241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,965.00 |
|---|---|---|---|

**RTB Construction LLC**
**1199 Fellowship Road**
**Mount Juliet, TN 37122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,506.00 |
|---|---|---|---|

**Sandhu Consultants International, LLC**
**1709 Ashwood Ave.**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,415.93 |
|---|---|---|---|

**SCP Distributors LLC**
**1736 River Hills Dr, Ste 2**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Nova Constructors, LLC** | Case number (if known) |
|--------|-----------|------------|
| | Name | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,672.41 |
|------|---|---|---|

**Stower's Rental**
PO Box 14802
Knoxville, TN 37914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,661.00 |
|------|---|---|---|

**Tennessee Erosion Control**
1616 Elm Hill Pike
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,750.00 |
|------|---|---|---|

**Trinity Geothermal**
PO Box 1937
Mount Juliet, TN 37121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,530.26 |
|------|---|---|---|

**TriStar Collision**
77 Industrial Park Dr
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,321.57 |
|------|---|---|---|

**United Rentals**
PO Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,819.35 |
|------|---|---|---|

**Witt Building Material Company**
PO Box 51346
Knoxville, TN 37950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David O. Huff, Esq**<br>**1222 16th Ave S Ste 301**<br>**Nashville, TN 37212** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Nova Constructors, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **J. Ross Hutchison**<br>**Stites & Harbison**<br>**401 Commerce St., Ste. 800**<br>**Nashville, TN 37219** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael Fitzpatrick**<br>**One Jefferson Road**<br>**Parsippany, NJ 07054-2891** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Timothy V. Potter**<br>**Reynolds, Potter, Ragan & Vandivort, PLC**<br>**210 East College Street**<br>**Dickson, TN 37055** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 177,116.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,134,370.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,311,486.34 |

Debtor name    **Nova Constructors, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **2023 GMC Sierra 3500HD (VIN: 1GT49WEY5PF145339)** | |
| State the term remaining | **36 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| List the contract number of any government contract | | |

| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **2021 Ford F-350 Chassis (VIN: 1FD8X3HT4MED02927)** | |
|---|---|---|
| State the term remaining | **24 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| List the contract number of any government contract | | |

| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **2020 Chevrolet Silverado 2500HD (VIN: 1GC5WLE79LF215051)** | |
|---|---|---|
| State the term remaining | **29 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| List the contract number of any government contract | | |

| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **2016 RAM 2500 (VIN: 3C6TR5HT4GG346967)** | |
|---|---|---|
| State the term remaining | **40 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2021 Chevrolet Silverado 1500 (VIN: 1GCRWCEK5MZ246948)**<br><br>**20 months**<br><br>_____ | **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2021 Chevrolet Tahoe (VIN: 1GNSKPKD0MR345923)**<br><br>**47 months**<br><br>_____ | **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2017 RAM 1500 (VIN: 1C6RR7FG4HS699621)**<br><br>**7 months**<br><br>_____ | **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2020 Chevrolet Silverado 1500 (VIN: 1GCRWAEH6LZ210645)**<br><br>**5 months**<br><br>_____ | **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2021 RAM 1500 Classic (VIN: 1C6RR7FTXMS536835)**<br><br>**31 months**<br><br>_____ | **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest    **2023 Chevrolet Silverado 1500 (VIN: 3GCPAAEK7PG101182)** <br><br> State the term remaining    **23 months** <br><br> List the contract number of any government contract | **Enterprise Fleet Management** <br> **7125 Crossroads Blvd.** <br> **Brentwood, TN 37027** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest    **2020 GMC Canyon (VIN: 1GTH5BEAXL1129816)** <br><br> State the term remaining    **19 months** <br><br> List the contract number of any government contract | **Enterprise Fleet Management** <br> **7125 Crossroads Blvd.** <br> **Brentwood, TN 37027** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest    **2019 Ford Fusion Hybrid (VIN: 3FA6P0LUXKR285643)** <br><br> State the term remaining    **28 months** <br><br> List the contract number of any government contract | **Enterprise Fleet Management** <br> **7125 Crossroads Blvd.** <br> **Brentwood, TN 37027** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest    **2021 Chevrolet Silverado 1500 (VIN: 1GCRWCEK8MZ248533 )** <br><br> State the term remaining    **20 months** <br><br> List the contract number of any government contract | **Enterprise Fleet Management** <br> **7125 Crossroads Blvd.** <br> **Brentwood, TN 37027** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest    **Trailer x1709** <br><br> State the term remaining    **2 months** <br><br> List the contract number of any government contract | **First Citizens Bank & Trust Company** <br> **155 Commerce Way** <br> **Portsmouth, NH 03801** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer (S/N: 4P5LD302XM1355459) x5459** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **First Citizens Bank & Trust Company** |
| | List the contract number of any government contract | | **155 Commerce Way** |
| | | | **Portsmouth, NH 03801** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Secured lease for MT100 Mini Track Loader x5508: UCC Doc. No. 437140426** | |
|---|---|---|---|
| | State the term remaining | **30 months** | **First Citizens Bank & Trust Company** |
| | List the contract number of any government contract | | **155 Commerce Way** |
| | | | **Portsmouth, NH 03801** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Dump trailer x4411 (stolen, not in possession)** | |
|---|---|---|---|
| | State the term remaining | **42 months** | **First Citizens Bank & Trust Company** |
| | List the contract number of any government contract | | **155 Commerce Way** |
| | | | **Portsmouth, NH 03801** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office located at 545 Mainstream Drive, Suite 340, Nashville, TN 37228.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Magic Apple Technology, LLC** |
| | List the contract number of any government contract | | **545 Mainstream Drive** |
| | | | **Suite 340** |
| | | | **Nashville, TN 37228** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Secured lease of Bobcat T870 Compact Track Loader (S/N: B47C19047) and 1 Vail 77": UCC Doc. No. 435748831. Contract buyout: $40,000.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **PNC Equipment Finance, LLC** |
| | List the contract number of any government contract | | **655 Business Center Drive, Suite 250** |
| | | | **Horsham, PA 19044** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20. State what the contract or lease is for and the nature of the debtor's interest **Secured lease on Bobcat Mini Excavator - Compact E42 T4 (S/N: B4GM19473): UCC Doc. No. 439381309:** <br><br> State the term remaining **26 months** <br><br> List the contract number of any government contract | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |
| 2.21. State what the contract or lease is for and the nature of the debtor's interest **Secured lease on Bobcat Mini Excavator - Compact E35 T4 (S/N: B3WZ14897): UCC Doc. No. 433803017. Contract buyout: $20,000** <br><br> State the term remaining **Month-to-month** <br><br> List the contract number of any government contract | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |
| 2.22. State what the contract or lease is for and the nature of the debtor's interest **Secured lease on Bobcat Mini Excavator - Hydraulic E88 (S/N: B4NM12287): UCC Doc. No. 437724492** <br><br> State the term remaining **11 months** <br><br> List the contract number of any government contract | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest **Secured lease on Compact Track Loaders T770 (S/N: AT6327149): UCC Doc. No. 433720574. Contract buyout: $25,000.** <br><br> State the term remaining **Month-to-month** <br><br> List the contract number of any government contract | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Canon Wide Format 305 MFP Z36 BAKS09047** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | _____ | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Bobcat R Series T66 (S/N: B4SB36823)** | |
|---|---|---|---|
| | State the term remaining | **20 months** | |
| | List the contract number of any government contract | _____ | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Color copies** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | _____ | **Wells Fargo Vendor Financial Services PO Box 105743 Atlanta, GA 30348-5743** |

Debtor name **Nova Constructors, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniel Brimer** | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** | **QuickBooks** | ☐ D ____ <br> ■ E/F __3.44__ <br> ☐ G ____ |
| 2.2 | **Daniel Brimer** | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** | **Chase Bank** | ☐ D ____ <br> ■ E/F __3.11__ <br> ☐ G ____ |
| 2.3 | **Daniel Brimer** | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** | **Home Depot Credit Services** | ☐ D ____ <br> ■ E/F __3.26__ <br> ☐ G ____ |
| 2.4 | **Daniel Brimer** | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** | **Pinnacle Cardmember Services** | ☐ D ____ <br> ■ E/F __3.43__ <br> ☐ G ____ |
| 2.5 | **Daniel Brimer** | **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** | **LoanBuilder** | ☐ D ____ <br> ■ E/F __3.33__ <br> ☐ G ____ |

| Debtor | **Nova Constructors, LLC** | Case number _(if known)_ | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | Pinnacle Financial Partners | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | Fuelman | ☐ D _____ <br> ■ E/F __3.21__ <br> ☐ G _____ |
| 2.8 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | Centurion Exteriors, LLC | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.9 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | The Oakley Lumber Company, LLC | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Mandy Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | Pinnacle Financial Partners | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | First Citizens Bank & Trust Company | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.14__ |
| 2.12 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | PNC Equipment Finance, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.19__ |
| 2.13 | Daniel Brimer | 4655 Whites Creek Pk. Whites Creek, TN 37189 | Wells Fargo Vendor Financial Services | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.20__ |

| Debtor | **Nova Constructors, LLC** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |
| 2.15 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |
| 2.16 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.3__ |
| 2.17 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.7__ |
| 2.18 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.6__ |
| 2.19 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.5__ |
| 2.20 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.4__ |
| 2.21 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Enterprise Fleet**<br>**Management** | ☐ D ____<br>☐ E/F ____<br>■ G __2.8__ |

| Debtor | **Nova Constructors, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Enterprise Fleet Management** | ☐ D _____ ☐ E/F _____ ■ G __**2.9**__ |
| 2.23 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Enterprise Fleet Management** | ☐ D _____ ☐ E/F _____ ■ G __**2.11**__ |
| 2.24 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Enterprise Fleet Management** | ☐ D _____ ☐ E/F _____ ■ G __**2.10**__ |
| 2.25 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Enterprise Fleet Management** | ☐ D _____ ☐ E/F _____ ■ G __**2.12**__ |
| 2.26 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Enterprise Fleet Management** | ☐ D _____ ☐ E/F _____ ■ G __**2.13**__ |
| 2.27 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **First Citizens Bank & Trust Company** | ☐ D _____ ☐ E/F _____ ■ G __**2.15**__ |
| 2.28 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **First Citizens Bank & Trust Company** | ☐ D _____ ☐ E/F _____ ■ G __**2.16**__ |
| 2.29 | **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Wells Fargo Vendor Financial Services** | ☐ D _____ ☐ E/F _____ ■ G __**2.21**__ |

| Debtor | **Nova Constructors, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Wells Fargo Vendor**<br>**Financial Services** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.22___ |
| 2.31 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Wells Fargo Vendor**<br>**Financial Services** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.23___ |
| 2.32 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Wells Fargo Vendor**<br>**Financial Services** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.24___ |
| 2.33 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Wells Fargo Vendor**<br>**Financial Services** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.25___ |
| 2.34 | **Daniel Brimer** | **4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **First Citizens Bank &**<br>**Trust Company** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.17___ |

Case 3:25-bk-00389    Doc 1    Filed 01/30/25    Entered 01/30/25 11:52:02    Desc Main
Document        Page 43 of 63

Debtor name    **Nova Constructors, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$105,000.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$5,718,556.96** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$9,838,663.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Asset Sale** | **$38,212.84** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Misc - Cashback & Rewards** | **$754.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Barbre's AC & Heating, LLC**<br>PO Box 1026<br>Nolensville, TN 37135 | **Nov 2024-Jan 2025** | **$10,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Oakley Lumber**<br>c/o Crystal R. Cole<br>707 42nd Ave N<br>Nashville, TN 37209 | **Nov 2024-Jan 2025** | **$12,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Enterprise Fleet Management**<br>7125 Crossroads Blvd.<br>Brentwood, TN 37027 | **Nov 2024-Jan 2025** | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Home Depot Credit Services**<br>PO Box 9001010<br>Louisville, KY 40290 | **Nov 2024-Jan 2025** | **$12,886.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Magic Painting, LLC**<br>5063 Mountain Springs Road<br>Antioch, TN 37013 | **Nov 2024-Jan 2025** | **$8,603.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Magic Touch Building, LLC**<br>2101 Debbie Lane<br>La Vergne, TN 37086 | **Nov 2024-Jan 2025** | **$52,340.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Pinnacle Financial Partners**<br>150 Third Avenue South, Suite 900<br>Nashville, TN 37201 | **Nov 2024-Jan 2025** | **$30,300.91** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Ro-Man Electric** <br> **PO Box 1256** <br> **Gallatin, TN 37066** | **Nov 2024-Jan 2025** | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.9. **Sandhu Consultants International, LLC** <br> **1709 Ashwood Ave.** <br> **Nashville, TN 37212** | **Nov 2024-Jan 2025** | **$11,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.10. **U.S. Small Business Administration** <br> **2 International Plaza** <br> **Nashville, TN 37217** | **Nov 2024-Jan 2025** | **$8,454.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.11. **Wells Fargo Vendor Financial Services** <br> **PO Box 105743** <br> **Atlanta, GA 30348-5743** | **Nov 2024-Jan 2025** | **$13,830.10** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Brimer** <br> **4655 Whites Creek Pk.** <br> **Whites Creek, TN 37189** <br> **Owner** | **Jan 2024-Jan 2025** | **$134,581.48** | **Owner's draw** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise Fleet Management** <br> **7125 Crossroads Blvd.** <br> **Brentwood, TN 37027** | **2016 RAM 2500 (VIN: 3C6TR5HT4GG346967)** | **1/28/2025** | **$20,101.00** |

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** | **2019 Ford Fusion Hybrid (VIN: 3FA6P0LUXKR285643)** | **1/28/2025** | **$10,030.00** |
| **Enterprise Fleet Management**<br>**7125 Crossroads Blvd.**<br>**Brentwood, TN 37027** | **2021 Chevrolet Silverado 1500 (VIN: 1GCRWCEK5MZ246948)** | **1/28/2025** | **$21,010.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:**</div>    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Noble Building Group LLC and David Tachek et. al. v. Nova Constructors LLC and Daniel Brimer**<br>**24C1122** | **Civil** | **Davidson County Circuit Court**<br>**1 Public Square**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Central Woodwork, Inc., DBA Cenwood Appliance v. Nova Constructors, LLC and Daniel Brimer**<br>**24GC14494** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**Justice A.A. Birch Building**<br>**408 Second Avenue North**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Nashville Roofing Company, LLC vs. Nova Constructors, LLC**<br>**24CV-54015** | **Civil** | **Williamson County Chancery Court**<br>**135 4th Ave S #236**<br>**Franklin, TN 37064** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Nashville Roofing Company, LLC v. Nova Constructors, LLC**<br>**24GC16919** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**Justice A.A. Birch Building,**<br>**408 2nd Ave N**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **The Oakley Lumber Company, LLC v. Nova Constructors, LLC and Daniel Brimer**<br>**24GC17982** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**Justice A.A. Birch Building**<br>**408 2nd Ave N**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Complete Insulation, Inc. v. Nova Constructors, LLC 24GC14701** | **Civil - Voluntarily Dismissed** | **Metropolitan General Sessions Court of Davidson County, TN A.A. Birch Building, 408 2nd Ave N Nashville, TN 37201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Dunham Hildebrand Payne Waldron, PLLC 9020 Overlook Blvd., Suite 316 Brentwood, TN 37027** | | **1/8/2025; 1/29/2025** | **$31,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor? Daniel Brimer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4809 Gallatin Pike Nashville, TN 37216** | **2021-Sept 2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Joelton Storage**<br>**1204 Newtlope Road**<br>**Joelton, TN 37080** | **Daniel Brimer**<br>**4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | **Excess building materials** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.    **FinancialStories**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Brimer** | **4655 Whites Creek Pk. Whites Creek, TN 37189** | **Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 30, 2025__

__/s/ Daniel Brimer__             __Daniel Brimer__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __Owner__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Nova Constructors, LLC**                                    Case No.
                                            Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **31,000.00** |
| Prior to the filing of this statement I have received | $ | **31,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):     **Daniel Brimer, Owner, paid retainer shared with affiliate filing for Daniel Brimer.**

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 30, 2025**                          **/s/ R. Alex Payne**
*Date*                                        **R. Alex Payne**
                                              *Signature of Attorney*
                                              **Dunham Hildebrand Payne Waldron, PLLC**
                                              **9020 Overlook Blvd., Suite 316**
                                              **Brentwood, TN 37027**
                                              **629 777 6529  Fax: 615 777 3765**
                                              **alex@dhnashville.com**
                                              *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Nova Constructors, LLC**                      Case No. _____

                                             Debtor(s)            Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Brimer**<br>**4655 Whites Creek Pk.**<br>**Whites Creek, TN 37189** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 30, 2025** _____        Signature   **/s/ Daniel Brimer** _____
                                                               **Daniel Brimer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re __Nova Constructors, LLC_____     Case No. _____

Debtor(s)     Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __January 30, 2025_____     __/s/ Daniel Brimer_____

**Daniel Brimer**/Owner
Signer/Title

NOVA CONSTRUCTORS, LLC
4655 WHITES CREEK PK.
WHITES CREEK TN 37189

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

84 LUMBER COMPANY
PO BOX 365
EIGHTY FOUR PA 15330

A-1 EQUIPMENT RENTAL, INC.
335 EAST MORRIS BLVD.
MORRISTOWN TN 37813

ABC SUPPLY CO., INC.
PO BOX 742067
ATLANTA GA 30374

ASSOCIATED MASONRY PRODUCTS, INC.
450 ALLIED DR.
NASHVILLE TN 37211

BARBRE'S AC & HEATING, LLC
PO BOX 1026
NOLENSVILLE TN 37135

BIG MOUTH LLC
1515 A ROSEBANK AVE
NASHVILLE TN 37206

BROTHERS CONSTRUCTION
4808 SEMINARY ROAD
BLOUNTVILLE TN 37617

CARE SUPPLY CO.
PO BOX 23881
NEW YORK NY 10087-3881

CENTURION EXTERIORS, LLC
C/O JOHN ENKEMA
7201 COCKRILL BEND BLVD.
NASHVILLE TN 37209

CENWOOD APPLIANCE
PO BOX 654057
DALLAS TX 75265

CHASE BANK
PO BOX 15123
WILMINGTON DE 19850

COBB CUSTOM TRIM
504 DOUGLAS BEND RD
GALLATIN TN 37066

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

COX INTERIOR
1751 OLD COLUMBIA ROAD
CAMPBELLSVILLE KY 42718

CRAWFORD DOOR SALES OF NASHVILLE, INC.
1310 4TH AVE S
NASHVILLE TN 37210

CRYSTAL R. COLE
PO BOX 160760
NASHVILLE TN 37216

CUSTOM TRIM & CABINETS, LLC
9047 MIDDLE LICK CREEK RD
LYLES TN 37098

DANIEL BRIMER
4655 WHITES CREEK PK.
WHITES CREEK TN 37189

DAVID O. HUFF, ESQ
1222 16TH AVE S STE 301
NASHVILLE TN 37212

E & P CUSTOM TILE, LLC
131 RIO VISTA DR
MADISON TN 37115

ENTERPRISE FLEET MANAGEMENT
7125 CROSSROADS BLVD.
BRENTWOOD TN 37027

ER ROOFING COMPLETE, LLC
PO BOX 2292
SMYRNA TN 37167

FAKES & HOOKER LUMBER
150 SOUTH MAPLE ST
LEBANON TN 37087

FIRESIDE HEARTH & HOME
PO BOX 414845
BOSTON MA 02241

FIRST CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801

FOAMWORX, INC.
901 N HILL DR
NASHVILLE TN 37207

FUELMAN
PO BOX 1239
COVINGTON LA 70434

FUSION SITE
PO BOX 306568
NASHVILLE TN 37230

GLENROSE DESIGNS, LLC
10118 DAVID CROCKETT HWY W
BELVIDERE TN 37306

GULLETT, SANFORD, ROBINSON & MARTIN PLLC
150 THIRD AVENUE SOUTH
SUITE 1700
NASHVILLE TN 37201

H&E EQUIPMENT SERVICES
PO BOX 849850
DALLAS TX 75284

HOME DEPOT CREDIT SERVICES
PO BOX 9001010
LOUISVILLE KY 40290

HUSKEY TRUSS
PO BOX 682023
FRANKLIN TN 37068

INLINE ELECTRIC SUPPLY COMPANY
831A COWAN STREET
NASHVILLE TN 37207

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

J&J SERVICES
1125 FOSTER AVENUE
NASHVILLE TN 37210

J. ROSS HUTCHISON
STITES & HARBISON
401 COMMERCE ST., STE. 800
NASHVILLE TN 37219

JBT CONSTRUCTION
2306 CRUZEN ST
NASHVILLE TN 37207

L&T TRUCKING
1105 CLARKSVILLE PIKE
PLEASANT VIEW TN 37146

LEE BUILDING PRODUCTS, INC.
PO BOX 440009
NASHVILLE TN 37244

LOANBUILDER
C/O WEBBANK
PO BOX 757
PORTSMOUTH NH 03802

MAGIC APPLE TECHNOLOGY, LLC
545 MAINSTREAM DRIVE
SUITE 340
NASHVILLE TN 37228

MAGIC PAINTING, LLC
5063 MOUNTAIN SPRINGS ROAD
ANTIOCH TN 37013

MAGIC TOUCH BUILDING, LLC
2101 DEBBIE LANE
LA VERGNE TN 37086

MANDY BRIMER
4655 WHITES CREEK PK.
WHITES CREEK TN 37189

MANGRUM HEATING & COOLING LLC
1006 COPPERSTILL CIR
KINGSTON SPRINGS TN 37082

MB&R CONTRACTORS, INC.
4977 BUELL CHAPEL ROAD
MORRISTOWN TN 37813

MICHAEL FITZPATRICK
ONE JEFFERSON ROAD
PARSIPPANY NJ 07054-2891

MORGAN INC.
PO BOX 746
NASHVILLE TN 37216

N&S WATERPROOFING, LLC
3696 STEWARTS LANE
NASHVILLE TN 37218

NASHVILLE READY MIX
8120 SAWYER BROWN, SUITE 109
NASHVILLE TN 37221

NASHVILLE ROOFING COMPANY, LLC
201 MYATT DRIVE
MADISON TN 37115

PASCA FAMILY FLOORING
105 LEXHAM COURT
MURFREESBORO TN 37128

PINNACLE CARDMEMBER SERVICES
PO BOX 332509
MURFREESBORO TN 37133

PINNACLE FINANCIAL PARTNERS
150 THIRD AVENUE SOUTH, SUITE 900
NASHVILLE TN 37201

PNC EQUIPMENT FINANCE, LLC
655 BUSINESS CENTER DRIVE, SUITE 250
HORSHAM PA 19044

QUICKBOOKS
C/O WEBBANK
PO BOX 757
PORTSMOUTH NH 03802

RO-MAN ELECTRIC
PO BOX 1256
GALLATIN TN 37066

ROGERS GROUP
410760 PO BOX 4150000
NASHVILLE TN 37241

RTB CONSTRUCTION LLC
1199 FELLOWSHIP ROAD
MOUNT JULIET TN 37122

SANDHU CONSULTANTS INTERNATIONAL, LLC
1709 ASHWOOD AVE.
NASHVILLE TN 37212

SCP DISTRIBUTORS LLC
1736 RIVER HILLS DR, STE 2
NASHVILLE TN 37210

STOWER'S RENTAL
PO BOX 14802
KNOXVILLE TN 37914

TENNESSEE EROSION CONTROL
1616 ELM HILL PIKE
NASHVILLE TN 37210

THE OAKLEY LUMBER COMPANY, LLC
707 42ND AVE N
NASHVILLE TN 37209

TIMOTHY V. POTTER
REYNOLDS, POTTER, RAGAN & VANDIVORT, PLC
210 EAST COLLEGE STREET
DICKSON TN 37055

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TRINITY GEOTHERMAL
PO BOX 1937
MOUNT JULIET TN 37121

TRISTAR COLLISION
77 INDUSTRIAL PARK DR
HENDERSONVILLE TN 37075

U.S. SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

UNITED RENTALS
PO BOX 100711
ATLANTA GA 30384

WELLS FARGO VENDOR FINANCIAL SERVICES
PO BOX 105743
ATLANTA GA 30348-5743

WITT BUILDING MATERIAL COMPANY
PO BOX 51346
KNOXVILLE TN 37950

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Nova Constructors, LLC**            Case No. _____
                            Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for \_\_**Nova Constructors, LLC**\_\_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2025**
Date

**/s/ R. Alex Payne**
**R. Alex Payne**
Signature of Attorney or Litigant
Counsel for    **Nova Constructors, LLC**
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529 Fax:615 777 3765**
**alex@dhnashville.com**